

FILED

DEC 2 0 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN LEE BLACKWOLF,<br><br>Defendant. | CR 10-33-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion for Early Termination of Supervision (Doc. 39), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Brian Blackwolf's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 20th day of December, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge